**Marvin Galeas**  Case No. **23-21916**
**Amber Galeas**
    **Debtors**

## STATEMENT OF INCOME

I, Donald R. Calaiaro, do hereby verify that the Debtor, Marvin Galeas does not receive paystubs. He receives $5,000.00 monthly from his business Marvesta Remodeling, LLC.

DATE:  _October 17, 2023_____    __/s/ Andrew K. Pratt_____
                                                           Andrew K. Pratt, Esquire
                                                           Attorney for Debtor



Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Amber Galeas | 635680-1 | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| 635680 | E635680-3 | Hourly |
| Job Title | | Tax Reporting Unit Name |
| Professional Staff Nurse, BSN | | UPMC Passavant |
| Employee Address | Position | Tax Reporting Unit Address |
| 3083 Countryside Drive<br>Allison Park, PA 15101<br>US | Professional Staff Nurse, BSN | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 27-Aug-2023 | 9-Sep-2023 | 15-Sep-2023 | 31.51 |

| Summary Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,896.48 | 18,034.09 |
| Imputed Earnings | 0.00 | 9.36 |
| Pretax Deductions | 184.43 | 1,131.58 |
| Employee Tax Deductions | 502.57 | 3,156.71 |
| Involuntary Deductions | 289.65 | 1,802.48 |
| Net Payment | 1,919.83 | 11,933.96 |

| Earnings Description | Current | Year to Date |
|---|---|---|
| Day Regular | 847.62 | 3,546.44 |
| ESB 4X Tier 2 | 0.00 | 1,200.00 |
| Holiday Worked | 586.09 | 586.09 |
| In Service | 0.00 | 382.86 |
| Off Shift Regular | 1,206.36 | 2,817.93 |
| Offshift OT Premium | 0.00 | 19.39 |
| Offshift OT Regular | 0.00 | 40.21 |
| Orientation | 0.00 | 3,793.80 |
| Orientation Offshift | 0.00 | 1,742.52 |
| Orientation Weekend | 0.00 | 787.75 |
| Orientation Weekend Offshift | 0.00 | 804.24 |
| Student Loan Repayment Program | 256.41 | 512.82 |
| Weekend OT Premium | 0.00 | 3.27 |
| Weekend OT Regular | 0.00 | 6.30 |
| Weekend Offshift | 0.00 | 767.57 |
| Weekend Offshift OT Premium | 0.00 | 23.68 |
| Weekend Offshift OT Regular | 0.00 | 48.59 |
| Weekend Regular | 0.00 | 803.51 |

| Others Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 9.36 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 26.90 | Hours | 31.51 | 1.00 | 847.62 |
| Holiday Worked | | | 12.40 | Hours | 31.51 | 1.50 | 586.09 |
| Off Shift Regular | | | 36.00 | Hours | 33.51 | 1.00 | 1,206.36 |



Page: 2 of 3

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Protected Paid Sick Leave Entitlement Payment | 0.00 | 137.76 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 26.90 | 114.50 |
| ESB 4X Tier 2 Hours Worked | 0.00 | 48.00 |
| Holiday Time Off No Pay Hours Worked | 0.00 | 8.00 |
| Holiday Worked Hours Worked | 12.40 | 12.40 |
| In Service Hours Worked | 0.00 | 12.15 |
| Off Shift Regular Hours Worked | 36.00 | 100.40 |
| Offshift OT Premium Hours Worked | 0.00 | 1.20 |
| Offshift OT Regular Hours Worked | 0.00 | 1.20 |
| Orientation Hours Worked | 0.00 | 120.40 |
| Orientation Offshift Hours Worked | 0.00 | 52.00 |
| Orientation Weekend Hours Worked | 0.00 | 25.00 |
| Orientation Weekend Offshift Hours Worked | 0.00 | 24.00 |
| Paid Meal Break | 0.00 | 3.00 |
| Protected Paid Sick Leave Entitlement Hours | 0.00 | 8.00 |
| Weekend OT Premium Hours Worked | 0.00 | 0.20 |
| Weekend OT Regular Hours Worked | 0.00 | 0.20 |
| Weekend Offshift Hours Worked | 0.00 | 32.55 |
| Weekend Offshift OT Premium Hours Worked | 0.00 | 1.45 |
| Weekend Offshift OT Regular Hours Worked | 0.00 | 1.45 |
| Weekend Regular Hours Worked | 0.00 | 25.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Gold EE Pre Tax | 148.62 | 891.72 |
| Basic Vision EE Pre Tax | 1.57 | 9.42 |
| McGann Parking Pretax V1 | 0.00 | 25.00 |
| Premium Dental EE Pre Tax | 34.24 | 205.44 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 180.68 | 1,144.48 |
| Social Security Employee Withheld | 168.15 | 1,047.96 |
| Medicare Employee Withheld | 39.33 | 245.09 |
| SIT Withheld (PA) | 83.26 | 519.38 |
| SUI Employee Withheld (PA) | 2.03 | 12.62 |
| City Withheld (PA,Allegheny,Shaler Township) | 13.56 | 84.59 |
| Head Tax Withheld (PA,Allegheny,Mc Candless Township) | 2.00 | 18.00 |
| School Withheld (PA,Shaler ASD) | 13.56 | 84.59 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Regional Tax Levy Deduction | 289.65 | 1,802.48 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 8916771622 | | | XXXXX7965 | USD | 1,919.83 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |

**UPMC** LIFE CHANGING MEDICINE

Page: 3 of 3

| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | 0 | 0.00 |
|---|---|---|---|---|
| PA | | | | 0.00 |