

# United States Bankruptcy Court

## Western District of Pennsylvania

In re:  Marvin Arturo Galeas and Amber Anne Galeas, Debtors        Case No. 23-21916-JCM

Chapter 13

**Withdrawal of Claim**

Cavalry SPV II, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 20-1 filed on November 2, 2023, for account number 4744 and in the amount of $913.52.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:    11/22/2023