**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARVIN ARTURO GALEAS<br>AMBER ANNE GALEAS<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>Movant<br>vs.<br>COMMUNITY BANK(*)<br><br>Respondents | Case No. 23-21916JCM<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

VEHICLE TOTALED

COMMUNITY BANK(*)                                               Court claim# 28/Trustee CID# 9
2111 N FRANKLIN DR
WASHINGTON, PA 15301

The Movant further certifies that on 11/04/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MARVIN ARTURO GALEAS, AMBER ANNE GALEAS, 3083 COUNTRYSIDE DRIVE, ALLISON PARK, PA  15101 | ANDREW K PRATT ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA  15222 |

ORIGINAL CREDITOR:
COMMUNITY BANK(*), 2111 N FRANKLIN DR, WASHINGTON, PA  15301

NEW CREDITOR: