**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 23-21916-JCM |
| Marvin Arturo Galeas and | ) |
| Amber Anne Galeas, | **)** |
| **Debtors,** | ) **Chapter** 13 |
| | **)** |
| Marvin Arturo Galeas and | ) |
| Amber Anne Galeas, | ) **Related Document No.** 63-64 |
| **Movants,** | ) **Hearing Date:** 12/03/24 @ 2:00 p.m. |
| vs. | ) **Response Due:** 11/18/24 |
| Ronda J. Winnecour, Chapter 13 | **)** |
| Trustee, | **)** |
| Respondent. | **) Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EMPLOY SPECIAL COUNSEL - Document No. 63**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** filed on November 1, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Special Counsel** were to be filed and served no later than November 18, 2024.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Special Counsel** be entered by the Court.

**DATE:** November 19, 2024                /s/ Andrew K. Pratt
**Andrew K. Pratt, Esq.**    PA I.D. No. 328784
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**Phone:**        **(412) 232-0930**
**Fax:**            **(412) 232-3858**
**Email:**        **apratt@c-vlaw.com**