IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-21916-JCM |
| | : | | |
| Marvin Arturo Galeas | : | Chapter: | 13 |
| Amber Anne Galeas | : | | |
| *Debtors.* | : | | |
| | : | Date: | 12/3/2024 |
| | : | Time: | 02:00 p.m. |

SIGNED
12/3/24 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER**          #63 Motion To Employ Special Counsel

                               #68 Certificate of No Objection

**APPEARANCES:**

                               Debtor: Andrew Kevin Pratt
                               Trustee: Owen Katz

**NOTES:**

Pratt: It was my hope that when we got to this hearing we would know whether there were any criminal charges. There was a vehicle accident where an individual involved passed away. He contacted Atty. Schreiber for pre-indictment representation. The fee agreement here is a $2,000 flat fee.

J.: I will determine if a further hearing is necessary on this matter after review of the Supplement to be filed.

**OUTCOME:** On or before December 10, 2024, the Debtor shall file a Supplement to the Motion to Employ indicating both the source and method of payment of the funds paid to proposed special counsel. TO to be entered.