**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/23/2025

IN RE:

| | |
|---|---|
| MARVIN ARTURO GALEAS<br>AMBER ANNE GALEAS<br>3083 COUNTRYSIDE DRIVE<br>ALLISON PARK,  PA  15101<br>XXX-XX-8513          Debtor(s)<br><br>XXX-XX-6480 | Case No.23-21916<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts\* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/23/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | INT % | CRED DESC / Account |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAW OFFICES OF SCOTT H BERNSTEIN LLC**<br>101 EISENHOWER PKWY STE 300<br>ROSELAND, NJ  07068 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ABC SUPPLY/PRAE | 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BRIDGECREST/PRAE | 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 5<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 6<br>Court Claim Number: 18<br>CLAIM: 179.27<br>COMMENT: 616-S-218;21\*CL18GOV\*179.24@12%TTL/PL\*WNTS 12%\*W/60 | 12.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S218 |
| **CARVANA LLC**<br>C/O BRIDGECREST CREDIT CO LLC<br>BY AIS PORTFOLIO SVCS LLP<br>PO BOX 4138<br>HOUSTON, TX  77210 | Trustee Claim Number: 7<br>Court Claim Number: 5<br>CLAIM: 49,055.58<br>COMMENT: $/CL-PL@9.5%/PL\*PMT/TT\*DK | 9.50% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5001 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 8<br>Court Claim Number: 2<br>CLAIM: 5,299.83<br>COMMENT: CL2GOV\*$/CL-PL@7%/PL\*WNTS 7% | 7.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0195 |
| **COMMUNITY BANK(\*)**<br>2111 N FRANKLIN DR<br>WASHINGTON, PA  15301 | Trustee Claim Number: 9<br>Court Claim Number: 28<br>CLAIM: 1,819.68<br>COMMENT: PMTS RATIFIED/CONF\*24146@6%/PL\*LATE\*DK | 6.00% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8256 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number: 10<br>Court Claim Number: 1<br>CLAIM: 28,626.87<br>COMMENT: $/CL-PL@5.59%/PL | 5.59% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8515 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account / Int % |
|---|---|---|
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number: 11<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: CL13GOV W NMPC*PMT/PL-NMPC*DKT4PMT-LMT*BGN 10/23 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4330 |
| **SHALER AREA SD (SHALER) (RE)**<br>C/O CURRENT YEAR TAX COLLECTOR<br>300 WETZEL RD<br><br>GLENSHAW, PA 15116 | Trustee Claim Number: 12<br>Court Claim Number:<br>CLAIM: 891.86<br>COMMENT: $@10%/PL*21/SCH-PL | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0584 |
| **SHALER TOWNSHIP (RE)**<br>C/O JORDAN TAX SVC-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number: 13<br>Court Claim Number: 19<br>CLAIM: 132.27<br>COMMENT: 616-S-218;21*CL19GOV*238.28@10%TTL/PL*22/SCH-PL*WNTS 10%*W/61 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S218 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 14<br>Court Claim Number: 2<br>CLAIM: 2,531.25<br>COMMENT: CL2GOV*$CL-PL@7%/PL~STAT ISSUE | INT %: 0.00%<br>CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0195 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 15<br>Court Claim Number: 21<br>CLAIM: 701.50<br>COMMENT: CL21GOV*DISPUTED/SCH*NT PROV/PL | INT %: 0.00%<br>CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8513 |
| **ACCESS RECEIVABLES MANAGEMENT**<br>11350 MCCORMICK RD STE 800<br><br>HUNT VALLEY, MD 21031 | Trustee Claim Number: 16<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DSPTD/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9169 |
| **AMERICAN BUILDERS & CONTRACTORS SUPPL**<br>C/O SCOTT H BERNSTEIN ESQ<br>101 EISENHOWER PKWY STE #300<br><br>ROSELAND, NJ 07068 | Trustee Claim Number: 17<br>Court Claim Number: 12<br>CLAIM: 64,944.29<br>COMMENT: AVD/OE*JUDGMENT CA NO 2:22-CV-650 | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN FIRST FINANCE LLC**<br>C/O BECKET AND LEE LLP<br>PO BOX 3002<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 18<br>Court Claim Number: 23<br>CLAIM: 2,489.26<br>COMMENT: X5731/SCH*DSPTD/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2561 |
| **B & L WHOLESALE SUPPLY INC**<br>4623 PACIFIC AVE<br><br>ERIE, PA 16506 | Trustee Claim Number: 19<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DSPTD/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R508 |
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br><br>SHERMAN OAKS, CA 91411 | Trustee Claim Number: 20<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRGRSV~DSPTD/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6031 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| CAPITAL ONE NA BY AMERICAN INFOSOURCE -<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 1,806.92<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3826 |
| CFG MERCHANT CAPITAL<br>180 MAIDEN LN FL 15<br>NEW YORK, NY 10038 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| JPMORGAN CHASE BANK NA S/B/M/T CHASE BA<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,919.38<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9911 |
| CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: LBTRY MTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6002 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 2,530.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5852 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 889.17<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9555 |
| FORWARD FINANCING LLC<br>53 STATE STREET FL 20<br>BOSTON, MA 02109 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 27 | CLAIM: 23,898.00<br>COMMENT: AVD/OE*2bAVD/PL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2466 |
| LIBERTY ROOFING CENTERS INC<br>PO BOX 735633<br>CHICAGO, IL 60673-5633 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 49,801.15<br>COMMENT: 5730~DSPTD/SCH*6603 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6446 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 750.69<br>COMMENT: X6085/~DSPTD/SCH*CMNTY BNK/BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2499 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 570.11<br>COMMENT: DSPTD~X9523/SCH*CMNTY BNK/CARTERS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3920 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number: 31    INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM:  340.72<br>COMMENT:  DSPTD~X7831/SCH*CMNTY BNK/TORRID | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6665 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR  97208 | Trustee Claim Number: 32    INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM:  138,268.69<br>COMMENT:  2783/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6480 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 33    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2583 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 34    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4483 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 35    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4383 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 36    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2483 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 37    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4183 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 38    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4083 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 39    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4283 |
| **NELNET**<br>PO BOX 16358<br><br>ST PAUL, MN  55116 | Trustee Claim Number: 40    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*COMBINED@32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3983 |

| Creditor | Address | Trustee Claim Number | INT % | Court Claim Number | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|---|
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 41 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 2683 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 42 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3583 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 43 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3783 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 44 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3883 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 45 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3483 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 46 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3283 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 47 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3083 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 48 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 2983 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 49 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 2883 |
| NELNET | PO BOX 16358, ST PAUL, MN 55116 | 50 | 0.00% | | 0.00 | NT ADR/SCH*COMBINED@32 | UNSECURED CREDITOR | 3183 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 51 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*COMBINED@32 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3683 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 52 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*COMBINED@32 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3383 |
| **SRS DISTRIBUTION INC**<br>7440 STATE HIGHWAY 121<br>MCKINNEY, TX 75070 | Trustee Claim Number: 53 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 46,612.14<br>COMMENT: 0001~JUDGMENT/SCH*B AND L WHOLESALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R508 |
| **XEROX CORP**<br>PO BOX 660506<br>DALLAS, TX 75226 | Trustee Claim Number: 54 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DSPTD~BIZ LEASE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **MARVESTA REMODELING LLC**<br>5465 WILLIAM FLYNN HWY<br>GIBSONIA, PA 15044 | Trustee Claim Number: 55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 56 INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 159.16<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0195 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 57 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 216.14<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5687 |
| **US BANK NA D/B/A ELAN FINANCIAL SERVICES**<br>PO BOX 5227<br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 58 INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 21,013.00<br>COMMENT: NT/SCH*LAST TRANSACTION 9/24/2020 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1234 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 59 INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 5,066.87<br>COMMENT: CL13GOV*$0/PL*THRU 9/23 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4330 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 60 INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 139.67<br>COMMENT: 616-S-218;21*CL18GOV*NON%*179.24@12%TTL/PL*W/6 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S218 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SHALER TOWNSHIP (RE)**<br>C/O JORDAN TAX SVC-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:61   INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  106.01<br>COMMENT:  616-S-218;21*CL19GOV*NON%*238.28@10%TTL/PL*22/PL*W/13 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  S218 |
| **TUCKER ARENSBERG PC**<br>1500 ONE PPG PL<br><br>PITTSBURGH, PA  15222-5401 | Trustee Claim Number:62   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  @OBJ/CONF | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV II LLC\* - ASSIGNEE**<br>C/O CAVALRY PORTFOLIO SERVICES LLC (\*)<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:63   INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  0.00<br>COMMENT:  NT/SCH-PL*JDGMNT*CL@913.52W/D-D33*ORDER@D34 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4744 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:64   INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  190.76<br>COMMENT:  NO GEN UNS~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8513 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:65   INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  787.34<br>COMMENT:  NT/SCH*MAGEE/PASSAVANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6480 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:66   INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  112.60<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8513 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:67   INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  646.67<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6480 |
| **DUQUESNE LIGHT COMPANY (\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:68   INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  241.88<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4501 |
| **SILVER CREST EQUESTRIAN CENTER**<br>332 OVERBROOK RD<br><br>VALENCIA, PA  16059 | Trustee Claim Number:69   INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  14,987.00<br>COMMENT:  NT/SCH*DEBT INCURRED 5/31/2022 | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **BEACON SALES ACQUISITIONS**<br>245 MAIN ST STE 100<br><br>DICKSON CITY, PA  18519 | Trustee Claim Number:70   INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  15,893.80<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  4979 |