**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARVIN ARTURO GALEAS<br>AMBER ANNE GALEAS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:23-21916<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/11/2023 and confirmed on 11/14/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,600.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,595.01 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,202.67 | |
| 　Trustee Fee | 3,876.00 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,078.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　PNC BANK NA | 0.00 | 26,240.19 | 0.00 | 26,240.19 |
| 　　Acct: 4330 | | | | |
| 　PNC BANK NA | 5,066.87 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4330 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 179.27 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S218 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 5,299.83 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0195 | | | | |
| 　SHALER AREA SD (SHALER) (RE) | 891.86 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0584 | | | | |
| 　SHALER TOWNSHIP (RE) | 132.27 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S218 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 139.67 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S218 | | | | |
| 　SHALER TOWNSHIP (RE) | 106.01 | 0.00 | 0.00 | 0.00 |
| 　　Acct: S218 | | | | |
| 　CAVALRY SPV II LLC* - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4744 | | | | |

| 23-21916 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| CARVANA LLC | 49,055.58 | 9,965.67 | 8,914.36 | 18,880.03 |
| Acct: 5001 | | | | |
| COMMUNITY BANK(*) | 1,819.68 | 1,819.68 | 1,679.83 | 3,499.51 |
| Acct: 8256 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 28,626.87 | 6,895.07 | 3,001.54 | 9,896.61 |
| Acct: 8515 | | | | |
| | | | | 58,516.34 |
| **Priority** | | | | |
| ANDREW K PRATT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARVIN ARTURO GALEAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARVIN ARTURO GALEAS | 4.99 | 4.99 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 5,000.00 | 2,202.67 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 2,531.25 | 0.00 | 0.00 | 0.00 |
| Acct: 0195 | | | | |
| INTERNAL REVENUE SERVICE* | 701.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8513 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ACCESS RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9169 | | | | |
| AMERICAN BUILDERS & CONTRACTORS | 64,944.29 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN FIRST FINANCE LLC | 2,489.26 | 0.00 | 0.00 | 0.00 |
| Acct: 2561 | | | | |
| B & L WHOLESALE SUPPLY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R508 | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6031 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 1,806.92 | 0.00 | 0.00 | 0.00 |
| Acct: 3826 | | | | |
| CFG MERCHANT CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,919.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9911 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6002 | | | | |
| DISCOVER BANK(*) | 2,530.76 | 0.00 | 0.00 | 0.00 |
| Acct: 5852 | | | | |
| DISCOVER BANK(*) | 889.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9555 | | | | |
| FORWARD FINANCING LLC | 23,898.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2466 | | | | |
| LIBERTY ROOFING CENTERS INC | 49,801.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6446 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 750.69 | 0.00 | 0.00 | 0.00 |
| Acct: 2499 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 570.11 | 0.00 | 0.00 | 0.00 |
| Acct: 3920 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 340.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6665 | | | | |
| US DEPARTMENT OF EDUCATION | 138,268.69 | 0.00 | 0.00 | 0.00 |

| 23-21916 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 6480 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2583 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4483 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4383 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2483 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4183 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4083 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4283 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3983 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2683 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3583 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3783 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3883 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3483 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3283 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3083 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2983 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2883 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3183 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3683 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3383 | | | | |
| | SRS DISTRIBUTION INC | 46,612.14 | 0.00 | 0.00 | 0.00 |
| | Acct: R508 | | | | |
| | XEROX CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 159.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 0195 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 216.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 5687 | | | | |
| | US BANK NA D/B/A ELAN FINANCIAL SERV | 21,013.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1234 | | | | |
| | INTERNAL REVENUE SERVICE* | 190.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 8513 | | | | |
| | UPMC HEALTH SERVICES | 787.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 6480 | | | | |
| | UPMC PHYSICIAN SERVICES | 112.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 8513 | | | | |
| | UPMC PHYSICIAN SERVICES | 646.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 6480 | | | | |

| 23-21916 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY(*) | 241.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4501 | | | | |
| SILVER CREST EQUESTRIAN CENTER | 14,987.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEACON SALES ACQUISITIONS++ | 15,893.80 | 0.00 | 0.00 | 0.00 |
| Acct: 4979 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF SCOTT H BERNSTEIN L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARVESTA REMODELING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                                             58,516.34

TOTAL CLAIMED
PRIORITY            3,232.75
SECURED            91,317.91
UNSECURED        389.069.63

Date: 12/10/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com