**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:

      MARVIN ARTURO GALEAS
      AMBER ANNE GALEAS
           Debtor(s)

Case No. 23-21916JCM

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/11/2023.

2) The plan was confirmed on 11/14/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/08/2024, 05/29/2024, 01/24/2025, 01/30/2025.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2024, 10/13/2025.

5) The case was dismissed on 11/10/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $79,550.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $64,595.01 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$64,595.01**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,202.67 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,876.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,078.67**

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCESS RECEIVABLES MANAGEMEN | Unsecured | 1,346.60 | NA | NA | 0.00 | 0.00 |
| AMERICAN BUILDERS & CONTRACT | Unsecured | 64,944.29 | 64,944.29 | 64,944.29 | 0.00 | 0.00 |
| AMERICAN FIRST FINANCE LLC | Unsecured | 48,301.00 | 2,489.26 | 2,489.26 | 0.00 | 0.00 |
| B & L WHOLESALE SUPPLY INC | Unsecured | 47,258.36 | NA | NA | 0.00 | 0.00 |
| BEACON SALES ACQUISITIONS++ | Unsecured | NA | 15,893.80 | 15,893.80 | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA BY AMERICAN INF | Unsecured | 1,789.00 | 1,806.92 | 1,806.92 | 0.00 | 0.00 |
| CARVANA LLC | Secured | 48,791.00 | 49,055.58 | 49,055.58 | 9,965.67 | 8,914.36 |
| CAVALRY SPV II LLC* - ASSIGNEE | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CFG MERCHANT CAPITAL | Unsecured | 71,384.04 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK(*) | Secured | 24,146.00 | 24,214.51 | 1,819.68 | 1,819.68 | 1,679.83 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 179.27 | 179.27 | 179.27 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 139.67 | 139.67 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,609.00 | 2,530.76 | 2,530.76 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 931.00 | 889.17 | 889.17 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 241.88 | 241.88 | 0.00 | 0.00 |
| FORWARD FINANCING LLC | Unsecured | 26,908.00 | 23,898.00 | 23,898.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 28,579.00 | 28,626.87 | 28,626.87 | 6,895.07 | 3,001.54 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 190.76 | 190.76 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 701.50 | 701.50 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 1,919.00 | 1,919.38 | 1,919.38 | 0.00 | 0.00 |
| LIBERTY ROOFING CENTERS INC | Unsecured | 62,438.94 | 49,801.15 | 49,801.15 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 750.00 | 750.69 | 750.69 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 570.00 | 570.11 | 570.11 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 340.00 | 340.72 | 340.72 | 0.00 | 0.00 |
| NELNET | Unsecured | 10,553.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 10,250.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 10,250.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,999.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,442.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | 9,442.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,442.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,122.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,118.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 6,700.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 5,254.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,848.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,785.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,719.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 3,976.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 3,074.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,389.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,070.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 5,299.83 | 5,299.83 | 5,299.83 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 2,690.41 | 2,531.25 | 2,531.25 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 159.16 | 159.16 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 216.14 | 216.14 | 0.00 | 0.00 |
| PNC BANK NA | Secured | 166,022.00 | 167,432.34 | 0.00 | 26,240.19 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 5,066.87 | 5,066.87 | 0.00 | 0.00 |
| SHALER AREA SD (SHALER) (RE) | Secured | 891.86 | NA | 891.86 | 0.00 | 0.00 |
| SHALER TOWNSHIP (RE) | Secured | 132.27 | 132.27 | 132.27 | 0.00 | 0.00 |
| SHALER TOWNSHIP (RE) | Secured | 0.00 | 106.01 | 106.01 | 0.00 | 0.00 |
| SILVER CREST EQUESTRIAN CENTEF | Unsecured | NA | 14,987.00 | 14,987.00 | 0.00 | 0.00 |
| SRS DISTRIBUTION INC | Unsecured | 58,265.17 | 46,612.14 | 46,612.14 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 787.34 | 787.34 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 112.60 | 112.60 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 646.67 | 646.67 | 0.00 | 0.00 |
| US BANK NA D/B/A ELAN FINANCIAL | Unsecured | NA | 21,013.00 | 21,013.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 11,810.00 | 138,268.69 | 138,268.69 | 0.00 | 0.00 |
| XEROX CORP | Unsecured | 1,072.88 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim<br>Allowed | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $26,240.19 | $0.00 |
| Mortgage Arrearage | $5,066.87 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $79,502.13 | $18,680.42 | $13,595.73 |
| All Other Secured | $6,748.91 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$91,317.91** | **$44,920.61** | **$13,595.73** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,232.75 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,232.75** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$389,069.63** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,078.67 |
| Disbursements to Creditors | $58,516.34 |
| | |
| **TOTAL DISBURSEMENTS :** | **$64,595.01** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2026

By: /s/ Ronda J. Winnecour
_____
Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**